# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DANIEL DOKEY, *on behalf of himself and all others similarly situated*,

    Plaintiff,

v.

SPANCRETE, INC.,

    Defendant.

Case No. 19-CV-921-JPS

**ORDER**

On February 4, 2022, the Court held a fairness hearing at which it adopted the parties' settlement in total and approved the attorneys' fees and plaintiff's service award. (Docket #93).

Accordingly,

**IT IS ORDERED** that the joint motion for final settlement approval (Docket #84) be and the same is hereby **GRANTED**; the Settlement Agreement & Release (Docket #77-1), as amended (Docket #78), (collectively, the "Agreement"), be and the same is hereby **APPROVED** as the Court finds that the settlement terms negotiated by the parties and described in the Agreement are a fair and reasonable resolution of a *bona fide* wage dispute under the Fair Labor Standards Act ("FLSA") Collective pursuant to 29 U.S.C. § 216(b);

**IT IS FURTHER ORDERED** that the settlement payment of $16,951.66 to the members of the Wisconsin's Wage Payment and Collection Laws ("WWPCL") Class and the FLSA Collective (collectively, the "Settlement Class") be and the same is hereby **APPROVED**;

**IT IS FURTHER ORDERED** that the setoff in the amount of $16,951.66, which constitutes the amount paid by Defendant to the Settlement Class during the pendency of this litigation, be and the same is hereby **APPROVED**;

**IT IS FURHTER ORDERED** that Defendant shall cease and desist its practice of failing to include the Op-Ex Bonuses, or any other form of non-discretionary compensation, in the regular rate of pay of non-exempt, hourly-paid employees;

**IT IS FURTHER ORDERED** that Plaintiff's unopposed motion for approval of his attorneys' fees and case-related costs and expenses in the amount of $60,000.00 (Docket #86) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's unopposed motion for approval of his service award in the amount of $2,500.00 (Docket #85) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the Settlement Class members' released claims be and the same are hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED** that the WWPCL Claims of the single putative member of the WWPCL Class who properly and timely excluded himself from the WWPCL Class in full accordance with the procedures set forth in the Agreement and this Court's prior orders (*see* Docket #79) be and the same are hereby **DISMISSED without prejudice**;

**IT IS FURTHER ORDERED** that the FLSA Claims of the putative members of the FLSA Collective who did not properly and timely opt-into the FLSA Collective in full accordance with the procedures set forth in the Agreement and this Court's prior orders be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED with prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 9th day of March, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge